IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| V. | 1:12-CR-183-2-TWT |
| ANWAND RASHARD JACKSON, | |
| Defendant. | |

**ORDER**

This is a criminal case. It is before the Court on the Defendant's Motion for Recommendation [Doc. 166]. It is my policy that I leave decisions about halfway house placement to the Bureau of Prisons. The Defendant's Motion for Recommendation [Doc. 166] is DENIED without prejudice.

SO ORDERED, this 31 day of January, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge